UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY COOLEY,

        Plaintiff,

                                    CASE NO. 2:07-CV-13140
v.                                   HONORABLE PATRICK J. DUGGAN

MICHIGAN DEPT. OF CORRECTIONS, et al.,

        Defendants.
_____/

## ORDER OF SUMMARY DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 17, 2007.

PRESENT:  HONORABLE PATRICK J. DUGGAN
                 U.S. DISTRICT COURT JUDGE

The Court has before it Plaintiff Larry Cooley's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a state prisoner currently confined at the G. Robert Cotton Correctional Facility in Jackson, Michigan. He initially filed his complaint in the United States District Court for the Western District of Michigan. At the time he filed his complaint, Plaintiff did not pay the required filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). Western District Magistrate Judge Timothy P. Greely subsequently dismissed the Michigan

1

Department of Corrections from Plaintiff's action and transferred the action to the Eastern District of Michigan. This Court issued an Order of Deficiency on August 7, 2007, requiring Plaintiff to either pay the filing fee or submit a properly completed *in forma pauperis* application. The order provided that if Plaintiff did not submit the fee or requested information within 30 days, his case would be dismissed.

Plaintiff has failed to correct the filing deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint.

**IT IS SO ORDERED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copy to:
Larry Cooley, #133442
G. Robert Cotton Correctional Facility
3500 North Elm Road
Jackson, MI  49201